IN THE COURT OF APPEALS

**STATE v. HOLMES**

[101 N.C. App. 228 (1990)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BENJAMIN F. HOLMES | ) | ORDER |
| | ) | |
| & | ) | |
| | ) | |
| BERNARD PENN | ) | |

For good cause shown, IT IS ORDERED that the opinion in this case, previously filed as an unpublished opinion on the 15th day of May, 1990, and reported in Volume 98 N.C. App. 515, 391 S.E.2d 864, be published.

This the 14th day of December, 1990.

The above order is therefore certified to the Clerk of Superior Court, Forsyth County, North Carolina.

Witness my hand and official Seal this the 14th day of December, 1990.

                              Francis E. Dail
                              Clerk of the Court of Appeals